Judge Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-107-RSL |
| Plaintiff, | |
| v. | [PROPOSED] |
| SHELTON LAYNE SMITH, | **ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture seeking to forfeit to the United States Defendant Shelton Layne Smith's interest in the following:

A judgment for a sum of money in the amount of $1,236,521, representing the proceeds Defendant Shelton Layne Smith obtained as a result of Wire Fraud, in violation of 18 U.S.C. § 1343.

The Court, having reviewed the record, FINDS:

The above-identified sum of money is forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c), as it represents proceeds the Defendant obtained as the result of Wire Fraud, in violation of 18 U.S.C. § 1343, as charged in Count 1 of the Indictment, Dkt. No. 3;

1  The Defendant agreed, pursuant to the Plea Agreement he entered on September 26, 2019, to forfeit his interest in the above-identified $1,236,521 sum of money, Dkt. No. 19, ¶ 10;

2  The United States has agreed it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered in this case. Dkt. 19 at ¶ 10. The United States has also agreed that any amount the Defendant pays toward restitution will be credited against this forfeited sum. *Id.*

3  The evidence in the record, including information contained within the Plea Agreement, has established the requisite nexus between the above-described sum of money and the offense of conviction, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(1)(B); and

4  No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money, pursuant to Fed. R. Crim. P. 32.2(c)(1).

THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c), the Defendant's interest in the above-identified $1,236,521 sum of money is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in this sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this order will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy, in whole or in part, this sum of money the United States may move to amend this order, at any time, to substitute property having a value not to exceed $1,236,521; and

//

//

5) The Court will retain jurisdiction in this case for the purpose of enforcing this order.

IT IS SO ORDERED

DATED this 12th day of December, 2019.

*/s/ Robert S. Lasnik*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Telephone: (253) 428-3800
Fax:    (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov