THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 19-107 RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING STIPULATED MOTION TO EXTEND THE NOTING DATE AND DUE DATE FOR FILING A REPLY |
| SHELTON SMITH, | ) | |
| Defendant. | ) | |

The Court has considered the parties' stipulated Motion to Extend the Noting Date and Due Date for Filing a Reply, and all the records in this case.

IT IS NOW ORDERED:

1. Counsel for Mr. Smith will file the Reply on or before July 20, 2020;

2. The clerk shall re-note the matter to that same date.

DATED this 20th day of July, 2020.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Shelton Smith

s/ *Helen Brunner*
Assistant United States Attorney
Approved by email

ORDER GRANTING STIPULATED
MOTION TO EXTEND NOTING DATE
AND DUE DATE FOR FILING REPLY
(*United States v. Smith*, CR19-107 RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100